Richard L. DUGGER, Appellant,

v.

MISSOURI PACIFIC RAILROAD COMPANY, Appellee.

No. 25710.

United States Court of Appeals
Fifth Circuit.

Dec. 3, 1968.

Rehearing En Banc Denied
Jan. 24, 1969.

James R. Watson, Jr., Houston, Tex., for appellant.

James Pope Simpson, Dallas, Tex., for appellee.

Before JONES and COLEMAN, Circuit Judges, and CHOATE, District Judge.

PER CURIAM:

The appellant, Richard L. Dugger, brought an action against his employer, Missouri Pacific Railroad Company, claiming vacation pay under Section 9 of the Universal Military Training and Service Act, 50 U.S.C.A. Sec. 459. The district court concluded that any right to vacation pay must depend upon the terms of the labor agreement between the railroad and its employees. Under this agreement, the district court decided, no vacation pay should be awarded. Dugger v. Missouri Pacific Railroad Company, D. C.S.D.Tex.1967, 276 F.Supp. 496. From the district court judgment Dugger has appealed. The decision of the district court is sound and its judgment should be and is

Affirmed.

ON PETITION FOR REHEARING
EN BANC

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

The STATE OF NEW YORK, Petitioner-Appellee,

v.

Robert FULLER, Individually and as President of Local 69, Creedmoor State Hospital, American Federation of State, County and Municipal Employees, AFL-CIO, William Russ, Individually and as President of New York State Employees District Council 50, AFSCME, AFL-CIO, Alfred B. Wurf, Individually and as Executive Director of District Council 50, AFSCME, AFL-CIO and Lillian Roberts, Individually and as Organization Director of Mental Health Locals, affiliated with District Council 50, AFSCME, AFL-CIO, Respondents-Appellants.

Nos. 279-282, Dockets 32991-32994.

United States Court of Appeals
Second Circuit.

Argued Dec. 4, 1968.
Decided Dec. 11, 1968.

Maria L. Marcus, Asst. Atty. Gen. (Louis J. Lefkowitz, Atty. Gen., of the State of New York, Samuel A. Hirshowitz, First Asst. Atty. Gen., and Mortimer Sattler, Asst. Atty. Gen., on the brief), for appellee.

Bertram Perkel, New York City (Steven Goldsmith and Schulman, Abarbanel & Kroner, New York City, on the brief), for appellants.

Before LUMBARD, Chief Judge, FRIENDLY, Circuit Judge, and FRANKEL, District Judge.*

PER CURIAM:

We affirm the order of the District Court, entered November 18, 1968, which remanded to the Supreme Court, Queens County, this civil action brought by the State of New York seeking an injunction restraining appellants from engaging in, or encouraging, a strike against the State.

* Sitting by designation.